## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NOS. |
|  | : |  |
| BERGMAN, et al. | : | 02-4499 |
| HILL, JR., et al. | : | 02-4537 |
| MARTIN, et al. | : | 02-4599 |
| BARRERA | : | 02-4791 |
| BAUDENDISTEL, et al. | : | 02-4837 |
| BONGIOVANNI, et al. | : | 02-4844 |
| BRADLEY, et al. | : | 02-4899 |
| BORGES, et al. | : | 02-4902 |
| BOBIC | : | 02-4907 |
| BEHBAHANI, et al. | : | 02-4929 |
| BIELOW | : | 02-4954 |
| GALVAN, et al. | : | 02-4995 |
| FLORES, et al. | : | 02-5009 |
| GILINSKY, et al. | : | 02-5044 |
| COX | : | 02-5063 |
| FEDORUK, et al. | : | 02-5081 |
| FEDALIZO, et al. | : | 02-5098 |
| FUCHS, et al. | : | 02-5111 |
| HAYS, et al. | : | 02-5133 |
| WILSON | : | 02-5184 |
| ZEAKEN | : | 02-5195 |
| VU, et al. | : | 02-5211 |
| THOMPSON | : | 02-5214 |
| WEAVER, et al. | : | 02-5247 |
| LEWIS | : | 02-5258 |
| CAMPBELL, et al. | : | 02-5297 |
| FORRER, et al. | : | 02-5307 |
| CHAIREZ, et al. | : | 02-5343 |
| BULLOCK, et al. | : | 02-5362 |
| LAGASCA | : | 02-5396 |
| SMITH | : | 02-5427 |
| ROLLER | : | 02-5465 |
| REAGAN | : | 02-5537 |
| REESE | : | 02-5545 |
| CURTIS | : | 02-5586 |
| HANSON, et al. | : | 02-5606 |
|  | : |  |
| VS. | : |  |
|  | : |  |
| BAYER CORPORATION, *et al.* | : |  |

**O R D E R**

      **AND NOW,** this _____ day of July, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[   ]   -   Order staying these proceedings pending disposition of a related action.

[   ]   -   Order staying these proceedings pending determination of arbitration proceedings.

[   ]   -   Interlocutory appeal filed.

[ X ]   -   Other: <u>Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring case to District of Minnesota.</u>.

It is

      **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

      **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

      **BY THE COURT:**

_____
**William H. Yohn, Jr., Judge**